UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32733 |
|---|---|
|    ROBERT E. MOORE | (Chapter 13) |
|    CHERYL L. MOORE | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4000532**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 74 | CINCINNATI CHILDRENS HOSPITAL<br>% RANDY T SLOVIN<br>9435 WATERSTONE BLVD SUITE 270<br>CINCINNATI, OH  45249 | 1,491.10 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/25/2010

Certificate of Service 06-32733

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ROBERT E. MOORE
CHERYL L. MOORE
67 SANDTRAP COURT
APT A
LEBANON, OH  45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(75.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX  76096

(74.1)
CINCINNATI CHILDRENS HOSPITAL
% RANDY T SLOVIN
9435 WATERSTONE BLVD SUITE 270
CINCINNATI, OH  45249

(73.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(76.1n)
OPTION ONE MTG CORP
1270 NORTHLAND DR
STE 200
MENDOTA HEIGHTS, MN  55120

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     bl